CHARLES J. BRECK, as Trustee in Bankruptcy of LOUIS C. WHITON, Appellant, Impleaded with Others, *v.* UNITED STATES TITLE GUARANTY AND INDEMNITY COMPANY, Respondent, Impleaded with Others.

*Breck* v. *U. S. Title G. & I. Co.*, 131 App. Div. 903, appeal dismissed.
(Submitted April 28, 1909; decided May 18, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1909, which granted permission to the respondent herein to serve an amended notice of appeal from a judgment theretofore entered against it.

*Clarence R. Freeman* for appellant.

*Fred W. Buermeyer* for respondent.

Appeal dismissed, with costs ; no opinion.
Concur : GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.    Absent : CULLEN, Ch. J.